# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5152**  September Term, 2013

1:14-cv-00670-ABJ

Filed On: June 25, 2014 [1499329]

Safari Club International and National Rifle
Association of America,

        Appellants

        v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

        Appellees

## O R D E R

The notice of appeal was filed on June 17, 2014, and docketed in this court on June 25, 2014. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 25, 2014 |
| Docketing Statement Form | July 25, 2014 |
| Entry of Appearance Form | July 25, 2014 |
| Procedural motions, if any | July 25, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 25, 2014 |
| Statement of Issues to be Raised | July 25, 2014 |
| Transcript Status Report | July 25, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | July 25, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | August 11, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5152**                                        **September Term, 2013**

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 25, 2014 |
| Entry of Appearance Form | July 25, 2014 |
| Procedural motions, if any | July 25, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | August 11, 2014 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                          **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                    BY:     /s/
                                                           John J. Accursio
                                                           Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)