

June 30, 2014

Mark Langer,
Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

**Re:** *Safari Club International et al. v. Jewell et al.*, **No. 14-5152**

Dear Mr. Langer:

In accordance with Rule 47.2 of the D.C. Circuit Court Rules and 28 U.S.C. §1657, I am sending this letter to inform the court, in writing, that Safari Club International and the National Rifle Association of America have filed an appeal of the district court's denial of a motion for a preliminary injunction in *Safari Club International et al. v. Jewell et al.*, 14-00670(ABJ) and that we are seeking expedited review of the appeal. This Court docketed our appeal on June 25, 2014. Under the docketing order, initial documents are due on July 25, 2014.

On June 27, 2014, I telephoned the clerk's office to inform the Court of our intent to seek expedited consideration of our appeal. During that conversation, I was also advised to file a motion seeking expedited review and we are currently in the process of finalizing that motion.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

Anna M. Seidman
Counsel for Appellant
Safari Club International

cc: Meredith Flax, U.S. Department of Justice (e-mail)
Andrea Gelatt, U.S. Department of Justice (e-mail)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2014 a true and correct copy of the foregoing letter to the Clerk of the Court was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

> /s/ Anna M. Seidman
> Anna M. Seidman
>
> Counsel for Appellant,
> Safari Club International