# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Safari Club International, et al.

v.

Jewell, et al.

**Case No:** 14-5152

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

All Federal Defendants-Appellees

Names of Parties                                Names of Parties

### Counsel Information

**Lead Counsel:** Nicholas A. DiMascio

**Direct Phone:** (303) 844-1384  **Fax:** (303) 844-1350  **Email:** nicholas.dimascio@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice, Environment & Natural Resources Division

**Firm Address:** 999 18th St., Suite 370, Denver, CO 80202

**Firm Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)