Case No. 14-5152

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**SAFARI CLUB INTERNATIONAL, et al.**
Appellants,

v.

**SALLY JEWELL, et al.**
Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# NATIONAL RIFLE ASSOCIATION OF AMERICA'S
# CORPORATE DISCLOSURE STATEMENT
_____

Christopher A. Conte
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1(a) & D.C. Cir. R. 26.1, Appellant the National Rifle Association of America ("NRA") submits the following Corporate Disclosure Statement.

NRA is a not-for-profit membership association incorporated in New York. NRA is not publicly traded and has no parent corporation. There is no publicly held corporation that owns 10 percent or more of its stock.

DATED this 7th day of July, 2014.

/s/
Christopher A. Conte
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
*Attorney for*
*National Rifle Association of America*

**CERTIFICATE OF SERVICE**

      I herby certify that I filed the forgoing document with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on July 7, 2014.  Participants in the case who registered CM/ECF users will be served via the appellate CM/ECF system.

/s/
Christopher A. Conte
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
*Attorney for*
*National Rifle Association of America*