_____
No. 14-5152
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, Plaintiffs-Appellants,

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees.
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

The following information is provided pursuant to the Court's order of June 25, 2014, and D.C. Circuit Rule 28(a)(1).

**A.    Parties**

<u>Appellants</u>

Safari Club International;

National Rifle Association of America.

<u>Appellees</u>

Sally M. R. Jewell, in her official capacity as Secretary of the U.S. Department of the Interior;

1

Daniel Ashe, in his official capacity as Director of the U.S. Fish and Wildlife Service;

The United States Department of the Interior; and

The United States Fish and Wildlife Service.

## B. Rulings Under Review

Appellants seek review of the Memorandum Opinion and Order entered on 06/06/2014 (Dkt. No. 24) in Case No. 14-00670 by Judge Amy Berman Jackson of the U.S. District Court for the District of Columbia, denying Plaintiffs/Appellants Safari Club International and National Rifle Association of America's motion for a preliminary injunction. *Safari Club International et al. v. Jewell et al.,* 2014 WL 2535948 (June 6, 2014). Plaintiffs/Appellants Safari Club International and National Rifle Association of America filed the Memorandum Opinion and Order as the "Underlying Decision" in this case on the same date as the filing of this document.

## C. Related Cases

The case under review has never previously been before this Court. Counsel for Plaintiffs/Appellants Safari Club International and National Rifle Association of America are aware of no cases challenging the issues addressed in this litigation pending in this or any other court.

Dated this 7th day of July, 2014.

Respectfully submitted,

/s/ Anna M. Seidman
Anna M. Seidman
Douglas S. Burdin
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org

*Counsel for Plaintiff/Appellant*
*Safari Club International*


Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff/Appellant*
*National Rifle Association of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of July, 2014, a true and correct copy of Plaintiff/Appellants' Certificate as to Parties, Rulings, and Related Cases was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

*Counsel for Appellant*
*Safari Club International*