_____
No. 14-5152
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, Plaintiffs-Appellants,

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

## PLAINTIFF/APPELLANT SAFARI CLUB INTERNATIONAL'S CERTIFICATE OF CORPORATE DISCLOSURE

I, the undersigned, counsel of record for Safari Club International, certify that to the best of my knowledge and belief, Safari Club International has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 7, 2014

                                                                          Respectfully submitted,

                                                                          /s/ Anna M. Seidman
                                                                          Anna M. Seidman
                                                                          Doug S. Burdin

Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org

*Counsel for PlaintiffAppellant*
*Safari Club International*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of July, 2014, a true and correct copy of Plaintiff/Appellant Safari Club International's Certificate of Corporate Disclosure was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

*Counsel for Appellants*
*Safari Club International*