No. 14-5152
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION
OF AMERICA, Plaintiffs-Appellants,

v.

SALLY M.R. JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670-ABJ)
_____

## SUPPLEMENT TO UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF APPEAL BY PLAINTIFFS/APPELLANTS SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA

As a supplement to their Unopposed Motion for Expedited Consideration of Appeal, Plaintiffs/Appellants Safari Club International and National Rifle Association of America ("SCI/NRA") submit the following proposed briefing schedule for the appeal, prepared jointly with Defendants/Appellees Sally M. R. Jewell, *et al.*:

| | |
|---|---|
| Appellants SCI/NRA's Brief | July 18, 2014 |
| Appellees Jewell *et al.*'s Brief | August 18, 2014 |
| Appellants SCI/NRA's Reply Brief | August 25, 2014 |

Dated: July 9, 2014                    Respectfully submitted,

/s/Anna M. Seidman
Anna M. Seidman
D.C. Bar No. 417091
Douglas Burdin
D.C. Bar No. 434107
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org

*Counsel for Plaintiff/Appellant*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff/Appellant*
*National Rifle Association of America*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2014, the foregoing document was filed with the Clerk of Court, causing it to be served on Appellees' counsel of record.

/s/Anna M. Seidman
Anna M. Seidman