# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Safari Club International et al.

v.

Sally Jewell et al.

**Case No:** 14-5152

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Safari Club International

**Names of Parties**                                    **Names of Parties**

### Counsel Information

**Lead Counsel:** Anna M. Seidman

**Direct Phone:** (202) 609-8169  **Fax:** (202) 543-1205  **Email:** aseidman@safariclub.org

**2nd Counsel:** Douglas S. Burdin

**Direct Phone:** (202) 609-8172  **Fax:** (202) 543-1205  **Email:** dburdin@safariclub.org

**3rd Counsel:**

**Direct Phone:** (   )   -    **Fax:** (   )   -    **Email:**

**Firm Name:** Safari Club International

**Firm Address:** 501 2nd Street NE, Washington, D.C. 20002

**Firm Phone:** (202) 543-8733  **Fax:** (202) 543-1205  **Email:** aseidman@safariclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of July 2014, a true and correct copy of SCI/NRA's Entry of Appearance was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

*Counsel for Appellants,*
*Safari Club International*