# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Safari Club International et al.

v.

Sally Jewell et al.

**Case No:** 14-5152

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

National Rifle Association of America

**Names of Parties**                           **Names of Parties**

### Counsel Information

**Lead Counsel:** Christopher A. Conte

**Direct Phone:** (703) 267-1166   **Fax:** (703) 267-1164   **Email:** CConte@NRAHQ.org

**2nd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** National Rifle Association of America-Institute for Legislative Action

**Firm Address:** 11250 Waples Mill Road Fairfax VA, 22030

**Firm Phone:** (703) 267-1161   **Fax:** (703) 267-1164   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2014, a true and correct copy of SCI/NRA's Entry of Appearance was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/
Christopher A. Conte
*Attorney for National Rifle Association of America*
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org