# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5152  September Term, 2013

1:14-cv-00670-ABJ

**Filed On:** July 11, 2014

Safari Club International and National Rifle
Association of America,

      Appellants

    v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior, et
al.,

      Appellees

**O R D E R**

Upon consideration of the unopposed motion for expedited consideration of appeal and the supplement thereto, it is

**ORDERED** that the following briefing schedule apply in this case:

| | |
|---|---|
| Brief for Appellants | 07/18/14 |
| Joint Appendix | 07/18/14 |
| Brief for Appellees | 08/18/14 |
| Reply Brief for Appellants | 08/25/14 |

The Clerk is directed to calendar this case on an appropriate date following the completion of briefing.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Procedures</u> 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Timothy A. Ralls
Deputy Clerk