# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 14-5152          2. DATE DOCKETED: June 25, 2014
3. CASE NAME (lead parties only) Safari Club International    v.   Sally Jewell
4. TYPE OF CASE:   ☐ District Ct -  ⦿ US Civil   ○ Private Civil   ○ Criminal   ○ Bankruptcy
                   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?       ⦿ Yes   ○ No
   If YES, cite statute  28 U.S.C. §1657(a)
6. CASE INFORMATION:
   a. District Court Docket No.       Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action 14-670              Bankruptcy                        Tax
      Criminal                         Adversary
      Miscellaneous                    Ancillary
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amy Berman Jackson                            Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 06-06-2014    e. Date notice of appeal filed: 06-17-2014
   f. Has any other notice of appeal been filed in this case?   ○ Yes   ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court?   ⦿ Yes   ○ No   If YES, date filed:
      If YES, identify motion  Motion to Dismiss
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes   ⦿ No
      If NO, why not?  No hearing was held.
   i. Has this case been before the Court under another appeal number?   ○ Yes   Appeal #       ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes   ⦿ No   If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes   ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes   ⦿ No   If so, provide program name and participation dates

Signature  *Douglas S. Burdin*           Date  07-25-2014
Name of Party  Safari Club International
Name of Counsel for Appellant/Petitioner  Douglas S. Burdin
Address  501 Second St. NE, Washington D.C. 20002
Phone ( 202 )  543-8733     Fax ( 202 )  543-1205

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

No. 14-5152

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLOUMBIA CIRCUIT

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees

On Appeal from the United States District Court for the District of Colombia
(No. 14-00670)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2014, a true and correct copy of Plaintiffs/Appellants' Civil Docketing Statement was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Douglas S. Burdin
Douglas S. Burdin
Counsel for Appellant
Safari Club International