_____
No. 14-5152
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLOUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Colombia
(No. 14-00670)
_____

## STATEMENT OF ISSUES BY APPELLANTS

Plaintiffs/Appellants, Safari Club International and National Rifle Association of America, present the following statement of issues in this case:

Whether the District Court erred 1) in determining that SCI/NRA failed to demonstrate irreparable harm and 2) in denying SCI/NRA's motion for a preliminary injunction on that basis.

Dated: July 25, 2014

                Respectfully submitted,

                /s/ Douglas S. Burdin

                Anna M. Seidman
                Douglas S. Burdin
                Safari Club International
                501 2nd Street NE
                Washington, D.C. 20002
                202-543-8733
                aseidman@safariclub.org
                dburdin@safariclub.org
                Counsel for Appellant
                Safari Club International

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of July, 2014, a true and correct copy of Statement of Issues by Appellants was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Douglas S. Burdin
Douglas S. Burdin

Counsel for Appellant
Safari Club International