_____
No. 14-5152
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLOUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Colombia
(No. 14-00670)
_____

**STATEMENT OF INTENT NOT TO USE DEFFERRED JOINT APPENDIX**

Plaintiffs/Appellants, Safari Club International and National Rifle Association of America, hereby inform the Court that the parties do not intend to utilize a deferred joint appendix, as authorized by Fed. R. App. P. 30(c) and D.C. Cir. R. 30(c).

Dated: July 25, 2014

Respectfully submitted,

/s/ Douglas S. Burdin

Anna M. Seidman

Douglas S. Burdin
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org

Counsel for Appellant
Safari Club International

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2014, a true and correct copy of Plaintiffs/Appellants' Statement of Intent Not to Use Deferred Joint Appendix was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Douglas S. Burdin
Douglas S. Burdin

Counsel for Appellant
Safari Club International