# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION
OF AMERICA, Plaintiffs-Appellants,

v.

SALLY M.R. JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees

_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670-ABJ)
_____

## REQUEST TO SUPPLEMENT THE APPENDIX BY
## PLAINTIFFS/APPELLANTS SAFARI CLUB INTERNATIONAL AND
## NATIONAL RIFLE ASSOCIATION OF AMERICA

In accordance with D.C. Circuit Rule 30(e), Plaintiffs-Appellants Safari Club International and the National Rifle Association of America ("SCI/NRA") seek leave to supplement the Appendix that they filed in this case on July 18, 2014 in conjunction with the filing of their opening brief in this appeal. SCI/NRA's appeal seeks review of a District Court denial of their motion for a preliminary injunction. The lower court based its ruling exclusively on the determination that

SCI/NRA had not demonstrated sufficient irreparable harm.  SCI/NRA included in the Appendix all documents they considered relevant to their appeal.

Defendants-Appellees, Jewell *et al.*'s ("Federal Appellees") Answering Brief, filed on August 18, 2014, includes challenges to SCI/NRA's Article III standing.  In particular, Federal Appellees assert that SCI/NRA lack standing as to their Tanzania claims because their members did not file for an importation permit before filing suit.  Federal Appellees disagree with SCI/NRA about the futility of resorting to the permit process.  In making their arguments disputing futility, Federal Appellees relied on documents beyond the pleadings filed in the court below.  Federal Appellees' Answering Brief at 39.  To adequately respond to Federal Appellees' attack on their standing, SCI/NRA need to reference a document that they did not originally include in the previously filed Appendix.

The document that SCI/NRA seek to add to the Appendix is a letter dated April 4, 2014 from FWS Assistant Director of International Affairs Bryan Arroyo to Tanzania's Minister of Natural Resources and Tourism Lazaro Nyalandu.  Attached as Exhibit A.  Federal Appellees are already familiar with this letter as they provided it to SCI in response to a Freedom of Information Act Request SCI submitted to the U.S. Fish and Wildlife Service on April 8, 2014.  The document was also included in the Administrative Record that Federal Appellees served on SCI/NRA in accordance with an order of the Court below.  SCI/NRA have already

2

referenced this letter in proceedings in the Court below and attached it as an exhibit to their Motion to Compel Production of the Administrative Record, filed on June 17, 2014. Dkt. 28-1. In that motion, SCI/NRA explained to the District Court that they consider the letter relevant to show "the futility of SCI/NRA members applying for importation permits for elephants from Tanzania." Dkt. 28, 7-8.

As Federal Appellees' Answering Brief to SCI/NRA's appeal focuses, in part, on standing and on the issue of futility of any applicable administrative process, SCI/NRA seek leave to supplement the Appendix with a document that is material to those newly raised issues.

WHEREFORE, SCI/NRA respectfully ask the Court to allow them to supplement the Appendix with the April 4, 2014 letter from Bryan Arroyo, Assistant Director for the U.S. Fish and Wildlife Service to Lazaro Nyalandu, Tanzania's Minister of Natural Resources and Tourism. SCI/NRA intend to reference the letter to support arguments in their reply brief, which is due to be filed on Monday, August 25, 2014 per the expedited briefing schedule set by this Court.

Dated: August 22, 2014

                                                    Respectfully submitted,

                                                    /s/Anna M. Seidman
                                                    Anna M. Seidman

D.C. Bar No. 417091
Douglas Burdin
D.C. Bar No. 434107
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org

*Counsel for Plaintiff/Appellant*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff/Appellant*
*National Rifle Association of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of August 2014, a true and correct copy of the Request to Supplement the Appendix of Safari Club International and National Rifle Association of America was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

*Counsel for Appellants,*
*Safari Club International*