**No. 14-5152**                              **September Term, 2013**

1:14-cv-00670-ABJ

Filed On: August 28, 2014 [1509779]

Safari Club International and National Rifle Association of America,

        Appellants

        v.

Sally Jewell, In her official capacity as Secretary of the Department of the Interior, et al.,

        Appellees

## O R D E R

Upon consideration of appellants' request to supplement the appendix, and the lodged supplement, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged document.

                                                   FOR THE COURT:
                                                   Mark J. Langer, Clerk

                                          BY:    /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk