# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5152

September Term, 2014

1:14-cv-00670-ABJ

Filed On: September 22, 2014 [1513342]

Safari Club International and National Rifle
Association of America,

        Appellants

    v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 03, 2014, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Garland, Circuit Judge Tatel, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 26, 2014.

## Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)