# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-5152** | **September Term, 2014** |
| | 1:14-cv-00670-ABJ |
| | **Filed On: October 3, 2014** [1515344] |

Safari Club International and National Rifle
Association of America,

       Appellants

    v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

       Appellees

    **BEFORE:**    Chief Judge Garland, Circuit Judge Tatel, and Senior Circuit Judge Ginsburg

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 3, 2014 at 10:32 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Anna M. Seidman, counsel for Appellants.

    Nicholas A. DiMascio (DOJ), counsel for Appellees.

                                                        **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                        BY:    /s/
                                 Shana E. Thurman
                                 Deputy Clerk