_____

No. 14-5152
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants
v.
SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO
VOLUNTARILY DISMISS APPEAL**

Plaintiffs-Appellants, Safari Club International and the National Rifle Association of America hereby move to voluntarily dismiss their interlocutory appeal pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs on this appeal. Defendants-Appellees do not oppose this motion.

Dated: November 4, 2014

/s/ Anna M. Seidman
Anna M. Seidman
Douglas S. Burdin
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733

1

aseidman@safariclub.org
dburdin@safariclub.org
*Counsel for Appellant*
*Safari Club International*

/s/ Christopher A. Conte
Christopher A. Conte
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org
*Counsel for Plaintiff*
*National Rifle Association of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2014, the foregoing Unopposed Motion to Voluntarily Dismiss Appeal was filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

                <u>/s/ Anna M. Seidman</u>
                Anna M. Seidman