**No. 14-5152**  **September Term, 2014**

1:14-cv-00670-ABJ

**Filed On:** November 7, 2014

Safari Club International and National Rifle Association of America,

      Appellants

      v.

Sally Jewell, In her official capacity as Secretary of the Department of the Interior, et al.,

      Appellees

**BEFORE:** Garland, Chief Judge; Tatel, Circuit Judge; Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of appellants' unopposed motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
              Jennifer M. Clark
              Deputy Clerk